CITY OF BUFFALO v. DELAWARE, L. & W. R. CO.

(Supreme Court, Appellate Division, Fourth Department.  July 12, 1906.)

Action by the city of Buffalo against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM.  Judgment affirmed, with costs.

KRUSE, J., dissents on the ground that even if the statute applies, the facts found in the eighteenth and nineteenth findings of fact show that there was not an abandonment of the street, within the meaning of the statute, and that so far as the facts contained in the third conclusion of law are at variance with the facts found in the eighteenth and nineteenth findings of fact, the latter must control.  See Nickell v. Tracy, 184 N. Y. 386, 77 N. E. 391.

---

DAVIS v. MAXWELL.

(Supreme Court, Appellate Division, Third Department.  June 27, 1906.)

Action by William H. Davis against John Maxwell.

PER CURIAM.  Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $1,200, in which case the judgment as so reduced, and order, affirmed, without costs.

KELLOGG, J., votes for reversal upon the ground that $1200 even is excessive and that erroneous rulings were made upon the trial to the defendant's prejudice.